MARSHALL S. FROST et al., Respondents, *v.* CORNELIUS GODFREY, Appellant.

(Argued February 4, 1880 ; decided February 24, 1880.)

*Thomas Young* for appellant.

*James H. Stanbrough* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.